# Exhibit A

# Allegheny County Department Of Court Records

## Civil/Family Division Docket Report

**Run Date and Time: 7/16/2025 - 13:25:38**

**GD-25-007028**

**Harbert etal vs Airbnb Inc.**

**Filing Date:**
6/25/2025

**Case Type:**
Against Property Owner

**Related Cases:**

**Court Type:**
General Docket

**Consolidated Cases:**

**Current Status:**
Proof of Service

**Judge:**
No Judge

**Jury Requested:**
Y

**Amount In Dispute:**
$ 0

**--Parties--**

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Harbert | Marlene | | Plaintiff | 512 Center Avenue Verona PA 15147 | -- | Kyle A. Dipre |
| Harbert | Roy | A. | Plaintiff | CONFIDENTIAL | -- | Kyle A. Dipre |
| Airbnb Inc. | | | Defendant | 888 Brannan Street San Francisco CA 94103 | -- | -- |
| IMNC3 LLC | | | Defendant | 4624 Penn Avenue Pittsburgh PA 15224 | -- | -- |

**--Attorney--**

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Dipre | Kyle | A. | Plaintiff's Attorney | Three Parkway Center Suite 300 Pittsburgh PA 15220 | 4123880848 |

**--Non Litigants--**

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| No Litigants Found | | | | | |

**--Docket Entries--**

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 7/16/2025 | Proof of Service | | Roy Harbert A. |
| 6/25/2025 | Complaint | | Roy Harbert A. |

**--Judgments Against--**

| Name | Amount | Satisfied(Y,N) |
|---|---|---|
| No Judgments Found | | |

**--Events Schedule--**

| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
|---|---|---|---|
| No Information Found | | | |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

ROY A. HARBERT and
MARLENE HARBERT,

Plaintiffs,

vs.

IMNC3 LLC and AIRBNB, INC.,

Defendants.

CIVIL DIVISION

Docket No.:

Code No. 003

**COMPLAINT IN CIVIL ACTION**

Filed on behalf of Plaintiffs:
Roy A. Harbert and Marlene Harbert

Counsel of Record for this Party:
Kyle A. Dipre, Esquire
PA I.D. # 332746

Woomer & Talarico
Three Parkway Center, Suite 300
Pittsburgh, PA 15220
Tele # (412) 388-0848
Fax # 412-388-0946
Email: kdipre@woomerlaw.com

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

ROY A. HARBERT and MARLENE HARBERT,

Plaintiffs,

vs.

IMNC3 LLC and AIRBNB, INC.,

Defendants.

CIVIL DIVISION

Docket No. :

## NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**Lawyer Referral Service**
**Allegheny County Bar Association**
**11th Floor Koppers Building**
**436 Seventh Avenue**
**Pittsburgh, PA 15219**
**(412) 261-5555**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| ROY A. HARBERT and MARLENE HARBERT, | CIVIL DIVISION |
| Plaintiffs, | Docket No. : |
| vs. | Code No. 003 |
| IMNC3 LLC and AIRBNB, INC., | |
| Defendants. | |

**COMPLAINT IN CIVIL ACTION**

AND NOW, comes Plaintiffs, Roy A. Harbert and Marlene Harbert, by and through their attorneys, Kyle A. Dipre, Esquire, and Woomer & Talarico, and complain and allege as follows:

1. Plaintiff, Roy A. Harbert (hereinafter "Plaintiff"), is an adult individual residing in Allegheny County, Pennsylvania.

2. Plaintiff, Marlene Harbert (hereinafter "Plaintiff Wife"), is an adult individual residing in Allegheny County, Pennsylvania.

3. Defendant, IMNC3 LLC (hereinafter "Defendant Owner"), is a Pennsylvania limited liability company with a registered office address at 4624 Penn Avenue, Pittsburgh, Allegheny County, Pennsylvania 15224.

4. Defendant, Airbnb, Inc. (hereinafter "Defendant Airbnb"), is a California corporation, doing business in the Commonwealth of Pennsylvania, headquartered at 888 Brannan Street, 4th Floor, San Francisco, California 94103.

5. Defendant Owner and Defendant Airbnb will collectively be referred to as "Defendants" hereinafter unless otherwise specified.

6. At all times relevant and material hereto, the Defendants leased, owned, operated, possessed, controlled, managed and/or maintained the property located at 5128 Butler Street, Pittsburgh, Allegheny County, Pennsylvania 15201 (hereinafter the "Premises").

7. At all times relevant and material hereto, the Defendants had a duty to inspect, maintain, repair, control, supervise and oversee the Premises and to warn of and correct the dangerous conditions.

8. At all times relevant and material hereto, the Defendants acted by and through their agents, servants, employees, representatives, assignees, subsidiaries, predecessors and successors in interest.

9. On or about May 3, 2025, the Plaintiff was lawfully on the Premises for a business purpose as he was temporarily renting the Airbnb located on the Premises.

10. At all times relevant and material hereto, there existed a dangerous, defective, hazardous and unsafe condition on the Premises of the Defendants, characterized by an uneven step within the exterior entryway of the Premises.

11. Plaintiff was caused to trip, slip and/or otherwise lose his balance as a result of coming into contact with the aforementioned defective condition.

12. As a direct and proximate result of the aforementioned accident, Plaintiff sustained the following injuries, some or all of which are or may be permanent:

a. Fractured left proximal humerus requiring surgical intervention;

b. Skin tears of the left arm;

c. Stiffness of the left elbow;

d. Swelling to the left wrist and elbow;

e. Severe left arm pain;

f. Bruises, contusions and other injuries in or about nerves, muscles, bones, tendons, ligaments, tissues and vessels of the body; and

g. Nervousness, emotional tension, anxiety and depression.

13. As a direct and proximate result of the aforementioned accident, Plaintiff sustained the following damages, some or all of which are or may be permanent or on-going:

a. He had to undergo painful surgery on his left arm;

b. He has endured, and will continue to endure great pain, suffering, inconvenience, embarrassment, mental anguish, monetary expenditures for the care of his injury, and emotional and psychological trauma;

c. He has been, and will be required to, expend large sums of money for medical treatment and care, medical supplies, rehabilitation and therapeutic treatment, medicines and other attendant services;

d. His general health, strength and vitality have been impaired;

e. He may, in the future, have to face at least one, and possibly numerous, surgeries; and

f. He has been and will in the future be unable to enjoy various pleasures of life that he previously enjoyed.

14. At all times relevant and material hereto, Defendants knew or should have known of the dangerous, hazardous, unsafe and defective condition that existed on the Premises.

15. At all times relevant and material hereto, Defendants failed to take any steps to eliminate the hazard, reduce its danger to invitees, or otherwise warn users, including the Plaintiff, of its dangerous, hazardous, unsafe and defective condition.

**COUNT I**
**Plaintiff v. Defendant Owner**
***Negligence***

16. Plaintiff incorporates, by reference, all preceding paragraphs as if set forth at length herein.

17. Plaintiff's injuries and damages were a direct and proximate result of Defendant Owner's negligence in the following particulars:

a. In renting the property where he knew or should have known of the defective condition that existed on the exterior entryway stairs of the Premises;

b. Causing and permitting the dangerous, hazardous, unsafe and defective condition to exist on the Premises for an unreasonable period of time;

c. In providing a Premises that was unsafe for use;

d. In designing, constructing, and maintaining the Premises in such a manner that invitees were at risk of injury;

e. In failing to warn users, including the Plaintiff, regarding the dangerous, hazardous, unsafe and defective condition of the Premises;

f. In failing to altogether eliminate the dangerous, hazardous, unsafe and defective condition from the Premises;

g. In failing to cordon off the dangerous condition or otherwise prevent invitees of the Premises from traversing through the dangerous, hazardous, unsafe and defective condition;

h. In promoting and renting out the property when Defendant Owner knew or should have known that it was unsafe for invitees;

i. In negligently designing, constructing, maintaining and operating the Premises such that Plaintiff was caused to fall;

j. In failing to timely, properly, or regularly inspect the Premises for defects; and,

k. In failing to remove, repair or cordon off the unsafe condition on the Premises.

WHEREFORE, Plaintiff requests judgment for damages against Defendant Owner in an amount in excess of the jurisdictional limits of compulsory arbitration, together with court costs, interest and such other and further relief as this Honorable Court may deem just and equitable.

**COUNT II**
**Plaintiff v. Defendant Airbnb**
***Negligence***

18. Plaintiff incorporates, by reference, all preceding paragraphs as if set forth at length herein.

19. Plaintiff's injuries and damages were a direct and proximate result of Defendant Airbnb's negligence in the following particulars:

a. Causing and permitting the dangerous, hazardous, unsafe and defective condition to exist on the Premises for an unreasonable period of time;

b. In providing a Premises that was unsafe for use;

c. In designing, constructing, and maintaining the Premises in such a manner that invitees were at risk of injury;

d. In failing to warn users, including the Plaintiff, regarding the dangerous, hazardous, unsafe and defective condition of the Premises;

e. In failing to altogether eliminate the dangerous, hazardous, unsafe and defective condition from the Premises;

f. In failing to cordon off the dangerous condition or otherwise prevent invitees of the Premises from traversing through the dangerous, hazardous, unsafe and defective condition;

g. In promoting and renting out the property when Defendant Airbnb knew or should have known that it was unsafe for invitees;

h. In negligently designing, constructing, maintaining and operating the Premises such that Plaintiff was caused to fall;

i. In failing to timely, properly, or regularly inspect the Premises for defects; and,

j. In failing to remove, repair or cordon off the unsafe condition on the Premises.

WHEREFORE, Plaintiff requests judgment for damages against Defendant Airbnb in an amount in excess of the jurisdictional limits of compulsory arbitration, together with court costs, interest and such other and further relief as this Honorable Court may deem just and equitable.

**A JURY TRIAL IS DEMANDED.**

**COUNT III**
**Plaintiff Wife v. Defendants**
***Loss of Consortium***

20. Plaintiff Wife incorporates, by reference, all preceding paragraphs as if set forth at length herein.

21. As a direct and proximate result of the aforesaid incident, Plaintiff Wife has been required to expend large sums of money for medical treatment and care, hospitalization, medical supplies, surgical appliances, rehabilitation, and therapeutic treatment, medicines, and other attendant services.

22. As a direct and proximate result of the aforesaid incident, Plaintiff Wife has suffered a loss of services, assistance, companionship, and society of her husband.

WHEREFORE, Plaintiff Wife requests judgment for damages against Defendants in an amount in excess of the jurisdictional limits of compulsory arbitration, together with court costs, interest and such other and further relief as this Honorable Court may deem just and equitable.

**A JURY TRIAL IS DEMANDED.**

Woomer & Talarico

Kyle A. Dipre, Esquire
PA I.D. # 332746

Woomer & Talarico
Three Parkway Center, Suite 300
Pittsburgh, PA 15220
Tele # (412) 388-0848

**VERIFICATION**

We, Roy A. Harbert and Marlene Harbert, being duly sworn according to law, depose and say that the facts contained in the foregoing Complaint in Civil Action are true and correct to the best of our knowledge, information and belief. We understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Roy A. Harbert

Marlene Harbert

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

ROY A. HARBERT and MARLENE HARBERT,

Plaintiffs,

vs.

IMNC3 LLC and AIRBNB, INC.,

Defendants.

CIVIL DIVISION

Docket No. : GD-25-007028

Code No. 003

**PROOF OF SERVICE BY CERTIFIED MAIL ON DEFENDANT PURSUANT TO PA. R.C.P. §405(c)**

Filed on behalf of Plaintiffs:
Roy A. Harbert and Marlene Harbert

Counsel of Record for this Party:
Kyle A. Dipre, Esquire
PA I.D. # 332746

Woomer & Talarico
Three Parkway Center, Suite 300
Pittsburgh, PA 15220
Tele # (412) 388-0848
Fax # (412) 388-0946
Email: kdipre@woomerlaw.com

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| ROY A. HARBERT and MARLENE HARBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>IMNC3 LLC and AIRBNB, INC.,<br><br>Defendants. | CIVIL DIVISION<br><br>Docket No. : GD-25-007028 |

**PROOF OF SERVICE BY CERTIFIED MAIL ON DEFENDANT PURSUANT TO PA. R.C.P. §405(c)**

AND NOW, come Plaintiffs, ROY A. HARBERT and MARLENE HARBERT, by and through their attorneys, Kyle A. Dipre, Esquire, and Woomer & Talarico, and file the instant proof of service as follows:

1. The instant case was initiated by Complaint in Civil Action on June 25, 2025.
2. On or about, June 26, 2025, a copy of the Complaint in Civil Action was mailed to the Defendant, Airbnb, Inc., via certified mail, return receipt requested.
3. Said Complaint was received by Defendant on July 9, 2025, as reflected on the United States Postal Service return receipt, a copy of which is attached hereto and incorporated herein by reference and referred hereto as Exhibit A.

Respectfully submitted,

BY: ______________________________

Kyle A. Dipre
Attorney for Plaintiffs
PA I.D. # 332746

Woomer & Talarico
Three Parkway Center, Suite 300
Pittsburgh, PA 15220

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Airbnb Inc
888 Brannan Street 4th Fl.
San Francisco CA 94103

9590 9402 9422 5069 5611 33

2. Article Number (Transfer from service label)

9589 0710 5270 3099 9071 72

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Katy

C. Date of Delivery
7/9/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ...ail
- ...ail Restricted Delivery
- (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

tabbies
EXHIBIT
A